1   Eugene P. Ramirez, Esq., State Bar No. 134865    (Exempt from Filing Fee Gov. Code §6103)
    Michelle B. Ghaltchi, Esq., State Bar No. 242482
2   **MANNING & KASS**
    **ELLROD, RAMIREZ, TRESTER LLP**
3   15th Floor at 801 Tower
    801 South Figueroa Street
4   Los Angeles, CA 90017
    Telephone: (213) 624-6900
5   Facsimile: (213) 624-6999
    epr@manningllp.com; mbg@manningllp.com
6
    Attorneys for Defendants, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
7   and COUNTY OF LOS ANGELES
8
                    UNITED STATES DISTRICT COURT
9
                  CENTRAL DISTRICT OF CALIFORNIA
10

11   PERCY WADE,                        )   CASE NO. CV11-05265
                                        )
12                    Plaintiff,        )
                                        )   **JOINT STIPULATION TO**
13   vs.                                )   **DISMISS ACTION WITH**
                                        )   **PREJUDICE**
14   LOS ANGELES COUNTY SHERIFF'S       )
15   DEPARTMENT; THE COUNTY OF LOS      )
     ANGELES, and DOES 1 through 100,   )
16   Inclusive                         )   *(Proposed Order filed*
                                        )   *concurrently)*
17                    Defendants.       )
                                        )   **[F.R.C.P. 41(a)]**
18                                      )
                                        )
19   ─────────────────────────────

20   **TO THE HONORABLE COURT:**

21        IT IS HEREBY STIPULATED by and between the parties to this action,

22   through their designated counsel, that the above-captioned action be and hereby is

23   dismissed, with prejudice, as to Defendants LOS ANGELES COUNTY SHERIFF'S

24   DEPARTMENT and THE COUNTY OF LOS ANGELES, pursuant to Federal Rules

25   of Civil Procedure, Rule 41(a)(1)(ii).

26   ///

27   ///

28   ///

1    IT IS FURTHER STIPULATED, by and between defendants and plaintiff,

2  PERCY WADE that this dismissal constitutes a general mutual release of all claims

3  and a mutual waiver of all costs, court fees, and attorneys' fees arising out of this

4  litigation between these parties.

5  IT IS SO STIPULATED.

6

7  Dated: July 11, 2011                          MANNING & KASS
                                                 ELLROD, RAMIREZ, TRESTER LLP
8

9                                                    s/Eugene P. Ramirez
                                                 By: _____
10                                                   Eugene P. Ramirez, Esq.
                                                     Michelle B. Ghaltchi, Esq.
11
                                                 Attorneys for Defendants
12                                               LOS ANGELES COUNTY SHERIFF'S
                                                 DEPARTMENT and COUNTY OF
13                                               LOS ANGELES

14  Dated: July 11, 2011                         LAW OFFICES OF ZELNER &
                                                 KARPEL
15

16

17                                               By: _____
                                                     Donald E. Karpel, Esq.
18
                                                 Attorneys for Plaintiff
19                                               PERCY WADE

20

21

22

23

24

25

26

27

28

G:\docsdata\EPR\Wade\Pleadings\Federal\Stip re Dismissal.wpd